**Leonard A. Goldman** - State Bar No. 26992
**LAW OFFICES OF LEONARD A. GOLDMAN**
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067
Telephone No.: (310) 277-7171
Facsimile No. (310) 277-1547

Attorneys for   Creditor, THE JACUZZI FAMILY

United States Courts
Southern District of Texas
FILED

SEP 2 9 2003

Michael N. Milby, Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>IFS FINANCIAL CORPORATION,<br><br>Debtor. | Case No.   02-39553-H4-7<br><br>INVOLUNTARY CHAPTER 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9017(b) and Bankruptcy Code §§ 342 and 1109, *inter alia*, LEONARD A. GOLDMAN, attorney for Creditor, THE JACUZZI FAMILY, requests that all notices to be given in this case, and papers, pleadings, and all other documents, to be filed or served, be served as follows:

//

//

Leonard A. Goldman, Esq.

1900 Avenue of the Stars, Suite 1800

Los Angeles, California 90067

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, copies of any orders and notices relating to any application, motion, petition, pleading request, complaint or demand.

LAW OFFICES OF LEONARD A. GOLDMAN

DATED: September 24, 2003.                By: *[signature]*
                                          LEONARD A. GOLDMAN
                                          Attorneys for Creditor, THE JACUZZI FAMILY

**PROOF OF SERVICE**
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 1800, Los Angeles, California 90067.

On **September 25, 2003**, I served the foregoing documents described as:

**REQUEST FOR SPECIAL NOTICE**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

__XX__   **BY MAIL**

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's policy of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

____   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__   (Federal)   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 25, 2003**, at Los Angeles, California.

__HAVA HORVITZ_____   __/s/ Hava Horvitz_____
                                                                       Signature

# SERVICE LIST

| | |
|---|---|
| Gerald T. Drought<br>**MARTIN DROUGHT and TORRES**<br>300 Convent, 25th Floor<br>San Antonio, TX 78205 | Attorney for BLITZ HOLDING CORPORATION |
| W. Steve Smith, Trustee<br>**W. STEVE SMITH PC**<br>2015 Crocker Street<br>Houston, TX 77006 | Chapter 7 Trustee |
| Blanche D. Smith<br>**W. STEVE SMITH PC**<br>2015 Crocker Street<br>Houston, TX 77006 | Attorney for Chapter 7 Trustee |
| Office of the U.S. Trustee<br>515 Rusk Avenue<br>Suite 3516<br>Houston, TX 77002 | U.S. Trustee |
| David J. Levy<br>**FULLBRIGHT & JAWORSKI**<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010-5100 | Attorney for GMAC MORTGAGE CORPORATION |
| Patricia B. Tomasco<br>**BROWN & McCARROLL, LLP**<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | Attorney for REISER PLAINTIFFS |
| **IFS Financial Corporation**<br>10055 Grogans Mill Rd.<br>Suite 200<br>The Woodlands, TX 77380 | ALLEGED DEBTOR |