IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
IFS FINANCIAL CORPORATION § CASE NO. 02-39553-H4-7
    Debtor § (Chapter 7)

**AMENDED NOTICE OF HEARING (76)**

**PLEASE TAKE NOTICE**, that the hearing set by the Court for the *Trustee's Motion for Issuance of Certification in Support of Cooperation in International Proceeding* (Docket Number 76) (the "Application"), previously noticed for **Tuesday, April 7, 2004** is actually scheduled for **Wednesday, April 7, 2004 at 9:00 a.m.** in the U.S. Bankruptcy Court, 515 Rusk Avenue, Courtroom 403, Houston, Texas, before the Honorable Judge William R. Greendyke.

DATED this the 5th day of April, 2004.

        Respectfully submitted,

        W. STEVE SMITH, P.C.

By:   /s/W. Steve Smith
      W. STEVE SMITH
      State Bar No. 18700000
      BLANCHE D. SMITH
      State Bar No. 00783991
      2015 Crocker Street
      Houston, Texas 77006
      Telephone: (713) 533-1833
      Facsimile: (713) 533-1834

      ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

I, W. Steve Smith, hereby certify that a true and correct copy of the above was mailed via first-class mail, postage prepaid and/or via electronic notice pursuant to Amended Bankruptcy Local Rule 5005 on this 5th day of April, 2004, to all parties listed on the Service List Attached.

/s/ W. Steve Smith
W. Steve Smith, Trustee

## SERVICE LIST

IFS Financial Corporation
10055 Grogans Mill Road
Suite 200
The Woodlands, TX 77380

Reiser Plaintiffs
c/o Patricia B. Tomasco
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

United States Trustee
U.S. Federal Courthouse
515 Rusk Avenue
Houston, Texas 77002

Mr. Tim S. Leonard
Boudreaux Leonard & Hammond, P.C.
Two Houston Center
909 Fannin, Suite 2350
Houston, TX 77010

Gerald T. Drought & Torres
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205

Edward L. Ripley
Deanna Longo
Baker & Hostetler
1000 Louisiana, Suite 2000
Houston, TX 77002

Blitz Holdings Corp.
c/o Keavin McDonald
Wilshire, Scott & Dyer, P.C.
3000 One Houston Center
1221 McKinney
Houston, Texas 77010

Leonard A. Goldman
1900 Avenue of the Stars Ste 1800
Los Angeles, CA 90067

David J. Levy
Fulbright & Jawroski
1301 McKinney, Suite 1500
Houston, TX 77010-5100

Steve Harris
Squire, Sanders & Dempsey
6250 Chase Tower
600 Travis
Houston, TX 77002

Diane G. Livingstone
Asst. U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

William H. Brownstein & Associates
1250 Sixth Street, Suite 205
Santa Monica, CA 90401

Richard Illmer
Brown McCarroll
2001 Ross Avenue
2000 Trammel Crow Center
Dallas, TX 75201-2997

Edward L. Ripley/Deanna Longo
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002