IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| IFS FINANCIAL COPORATION, | § | 02-39553-H1-7 |
| ET AL. | § | |
| DEBTOR | § | Chapter 7 |

AMENDED OPPOSITION TO MOTION FOR AUTHORITY TO COMPROMISE
BETWEEN TRUSTEE AND GIANLUIGI SOCCHI, RODOLFO REISER
GIORGIO MARI AND JOHN BRUNO JACUZZI RAINIERI

THE HEARING ON THIS MOTION TO COMPROMISE CONTROVERSY IS
SET FOR November 7, 2005, at 10:00 A.M. BEFORE THE HONORABLE UNITED
STATES BANKRUPCY JUDGE MARVIN ISGUR, IN COURTROOM 10B, 515 RUSK
AVENUE, HOUSTON, TEXAS 77002.

COMES NOW ENRIQUE PIMIENTA, an interested party, and files this Opposition
Motion to Compromise Controversy, and in support thereof would show the Court the following:

There is a lawsuit pending before Enrique Pimienta by the Socchi Plaintiffs under Cause
No. 02-04-02508-CV styled Socchi, Reisser, Mari, and Vernon Overseas Holdings against
Enrique Pimienta, in the 9th Judicial District Court of Montgomery County, Texas. The
Plaintiffs' counsel filed a motion to lift stay to proceed against Mr. Pimienta in that state court
action, but Judge Karen Brown denied the motion. In that case, Plaintiffs' counsel sought and
obtained a prejudgment writ of attachment against Enrique Pimienta for among other assets of
Mr. Pimenta, a total of two truck loads of the images of the Lady of Guadalupe. Plaintiffs
subsequently seized those images through that writ of attachment against Mr. Pimienta.

At the same time, Plaintiffs sued Amper International, Ltd., Orbost, Ltd. and Southsea
Corporation under Case No. 03-08-06097-CV, in the 9th Judicial District Court of Montgomery
County, Texas.

After obtaining a default judgment against Amper International, Ltd., Orbost, Ltd. and Southsea Corporation in Case No. 03-08-06097-CV, and the turnover Order dated November 19th, 2003 on the Amper assets, Plaintiffs moved for the modification of the writ of attachment against Enrique Pimienta in Case No. 02-04-02508-CV, deleting the images as an asset subject to the writ of attachment against Enrique Pimenta, and then declared that the images actually were owned by the defaulted defendants.

Subsequently to the seizure of the images and the default judgment against Amper parties, the Plaintiffs sought to dispose of the images through post-judgment execution and sale.

There is a controversy based on the Plaintiffs' actions as to whom the rightful owner of the images is; i.e., Enrique Pimienta or any of the defaulted defendants.  Meanwhile, Enrique Pimienta has pending before this Court, an adversary against Plaintiff's counsel for violating the automatic stay for modifying the writ of attachment against Enrique Pimienta under Adversary No. 05-03307 pending before this Court.

In the hearing on the Plaintiff's motion to lift stay to proceed against Enrique Pimienta in the Montgomery County case, counsel for the Plaintiffs agreed not to dispose of the images until the ownership disputes were resolved.

Meanwhile, W. Steve Smith, Trustee on behalf of the IFS entities and Plaintiffs' counsel in the Montgomery County cases, have entered into a Settlement Agreement which will be heard by the Court on November 7, 2005 at 10:00 a.m.  The Settlement Agreement proposes the IFS Trustee to become the legal owner of any of the Amper claims subject to the Turnover Order, in exchange for W. Steven Smith, Trustee dismissing all adversary proceedings with prejudice against the Socchi parties (adversary nos. 04-03785, 04-03806, 04-03822) and Jacuzzi (adversary

2

no. 04-03795), and will dismiss adversary no. 04-03795 in exchange for four percent (4%) of the net recovery by the Socchi Plaintiffs from the sales(s), if any, of the images of the Lady of Guadalupe.

W. Steve Smith, Trustee, has entered into this agreement as a result of the assistance of Jacuzzi, and Reiser. Socchi, Mari and Jacuzzi agree to cooperate and reasonably assist the Trustee in the other adversary proceeding filed by the Trustee and in any other collection efforts. It appears that Jacuzzi is not a judgment creditor in the Montgomery County case, and it is questionable why he is included in W. Steve Smith, Trustee's settlement agreement, and his adversary case will be dismissed with prejudice if the Court grants the motion to compromise, apparently for no consideration. . Further, the claims that W. Steve Smith, Trustee is willing to dismiss with prejudice against the Socchi parties and Jacuzzi are probably worth in excess of millions of dollars. Four (4%) o the resale of the images is probably only about $8,000, if they find a willing buyer, and if the ownership is determined by the Court to be owned by the Amper judgment debtors. The value of the default judgment which is also being assigned to the Trustee is unknown, although on information and belief is uncollectible or claims raised may not have merit.

Until the ownership dispute pertaining to the images is resolved, and the assignment of the Amper default judgment is valued, the motion to compromise must be denied. Further, the granting of the motion based on the potential recovery of the images at approximately $8,000, and an unknown value of the default judgment, versus a potential judgment against the Socchi parties and Jacuzzi (estimated to be in millions of dollars), could result in a substantial monetary loss for the Trustee. Therefore, the agreement has to be scrutinized and questioned extensively

by the Court to determine the hidden agenda between the parties in urging the motion to compromise controversy, when on its face, it does not appear to be in the best interest of the Estates or its creditors.

If the ownership of the images is eventually determined to belong to Enrique Pimienta, his Chapter 7 Trustee, Rodney Tow, would be entitled to seize and sell the images for the benefit of Enrique Pimienta's bankruptcy estate. If the ownership of the images is eventually determined to belong to the Socchi parties, the Court must question to lack of proper consideration by W. Steve Smith, Trustee, in forfeiting his claims against the Socchi parties and Jacuzzi, for probably no more than $8,000 versus millions of dollars.

WHEREFORE, premises considered, the Trustee's Motion for Authority to Compromise with Gianluigi Socchi, Rodolfo Reiser, Giorgio Mari and John Bruno Jacuzzi Rainieri, must be denied as not in the best interest of the IFS estates, and its creditors, since the Amper judgment and claims have not been valued, as well as because until ownership of the images is determined, as the loss to the Enrique Pimienta bankruptcy estate could cause substantially less recovery in that case by the Chapter 7 trustee.

Respectfully submitted,

_Margaret M. McClure_____
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 1580
Houston, Texas 77010
(713) 659-1333
(713) 658-04334 (fax)
McClureMar@aol.com:(e-mail)
ATTORNEY FOR ENRIQUE PIMIENTA

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing was electronically mailed or mailed by first class mail, postage prepaid, or faxed to the following on the 28th day of October, 2005:

Ms. Ellen Maresh Hickman
U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Ms. Diane G. Livingstone
Assistant U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Mr. W. Steve Smith
Attorney at Law
2015 Crocker Sreet
Houston, Texas 77006

Mr. Enrique Pimienta
2 Aberdeen Crossing
The Woodlands, TX 77381

Mr. Richard A. Illmer
Brown McCarroll, LLP
2001 Ross Avenue, Suite 2000
Dallas, TX 75201-2997
*ATTORNEY FOR VERNON OVERSEAS
HOLDINGS, LTD., GIANLUIGI SOCCHI,
GIORGIO MARI, RODOLFO REISER,
AND TECFEEDER, INC.*

Mr. Paul M. Botros
Fulbright Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010
*ATTORNEY FOR GMAC MORTGAGE
CORPORATION*

Mr. William H. Brownstein
1250 Sixth Street
Santa Monica, SA 90401-1637
*ATTORNEY FOR HUGO PIMIENTA*

Mr. C. Larry Carbo
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010-5100
*ATTORNEY FOR GEORGE ZELINSKI*

Mr. Lawrence P. Dempsey
Squire Sanders, et al
600 Travis Street, Suite 6250
Houston, TX 77002-3000
*ATTORNEY FOR HOWARD M EHRENBERG*

Mr. Patrick D. Devine
Attorney at Law
2000 Bering Drive, Suite 380
Houston, TX 77057
*ATTORNEY FOR GERALD L SIMPSON*

Mr. Gerald T. Drought
Mr. Michael Colvard
Martin Drought and Torres
300 Convent, 25th Floor
San Antonio, TX 78205
*ATTORNEY FOR BLITZ HOLDINGS
CORPORATION, ET AL*

Mr. Alan Sanford Gerger
Dunn Neal, et al
3050 Post Oak Blvd., Suite 400
Houston, TX 77056
*ATTORNEY FOR RODOLFO GARCIA*

Mr. Leonard A. Goldman
Attorney at Law
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
*ATTORNEY FOR JACUZZI FAMILY*

Mr. Steven B. Harris
Squire Sanders, et al
600 Travis Street, Suite 6250
Houston, TX 77002-3000
*ATTORNEY FOR HOWARD M EHRENBERG*

Ms. Shari L. Heyen
Baker & Hostetler
1000 Louisiana, Suite 2000
Houston, TX 77002
*ATTORNEY FOR AMERICAN FOUNDERS
FINANCIAL CORP.*

Mr. Tim Steven Leonard
Kirklin Boudreaux, et al.
1100 Louisiana, Suite 1400
Houston, TX 77002
*ATTORNEY FOR HOUSEHOLD FINANCIAL
SERVICES, INC.*

Mr. David J. Levy
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010-5100
*ATTORNEY FOR GMAC MORTGAGE
CORPORATION*

Ms. Deanna L. Longo
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002
*ATTORNEY FOR LA FALEN CORPORATION,
SOLAL REALTY AND ALFREDO JUNCO
SOLLOA*

Mr. Keavin David McDonald
Wilshire Scott, et al
1221 McKinney, Suite 3000
Houston, TX 77010
*ATTORNEY FOR BLITZ HOLDINGS
CORPORATION AND AND WILSHIRE
SCOTT HALBACK & DYER*

Mr. Kerry Marc McMahon
Jenkens and Gilchrist
1401 McKinney, Suite 2600
Houston, TX 77002
*ATTORNEY FOR KENNETH PHILLIPS
AND WAYNE SCHRECK*

Mr. Jesus C. Rios
Attorney at Law
14335 C. Torrey Chase
Houston, TX 77014
*ATTORNEY FOR JOSE LUIS CARDENAS*

Mr. Edward L. Ripley
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002
*ATTORNEY FOR AMERICAN FOUNDERS
FINANCIAL CORP./AMERICAN FOUNDERS
LIFE INSURANCE COMPANY*

Ms. Patricia Baron Tomasco
Brown & McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
*ATTORNEY FOR REISER PLAINTIFFS*

Mr. Alfred Wiederkehr, et al
c/o ICA AG
Kuhlrainstrassee 1
8700 Kuesnacht, Switzerland

De Lage Landen Financial Services
925 Harvest Drive, #220
Blue bell, PA 19422

Mr. James P Smith
Smith & Henault, PC
16511 Hedgecroft, Suite 208
Houston, TX 77060

Mr. Jorge Hollander
Gamma Capital
10055 Groggans Mill Road, Suite 100
The Woodlands, TX 77380

W. V. Walker
Office Trade Company, Ltd.
3704 Garrott
Houston, TX 77006

/s/ Margaret M. McClure
MARGARET M. MCCLURE