IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/16/2009

| | | |
|---|---|---|
| IFS FINANCIAL CORPORATION,<br>    Debtor | § § § | CASE NO. 02-39553-H1-7 |
| W. STEVE SMITH, TRUSTEE OF THE ESTATE OF IFS FINANCIAL CORPORATION, ET AL., | § § § § | CONTESTED MATTER<br>[CLAIM OBJECTION] |
| vs. | § § | |
| THE JACUZZI FAMILY (CLAIM NO. 11) AND JACUZZI RAINIERI, ET AL., (CLAIM NO. 41)<br>    Defendants | § § § § § | |

## DEFAULT JUDGMENT

CAME ON for consideration the Motion for Entry of Default and Default Judgment against the Jacuzzi Family and John Bruno Jacuzzi Rainieri (the "Motion") filed herein by W. Steve Smith, Trustee ("Trustee"). After considering the Motion, the default of the Jacuzzi Family and John Bruno Jacuzzi Rainieri, the Affidavit and all other evidence submitted, the Court finds that the record supports entry of a default judgment. Therefore, it is,

ORDERED that the claims of The Jacuzzi Family (Claim No. 11) and John Bruno Jacuzzi Rainieri (Claim No. 41) (and those claiming through such claimants) are disallowed in their entirety.

DATED: October 15, 2009

U. S. Bankruptcy Judge Marvin Isgur